# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2648

_____

Ardell Fields-Bey,

           Appellant,

v.

Chuck Dwyer; Pat Smith; Stephen D.
Crawford, Dr.; Travis Cruse; Tom
Sanders; John Moore; Charles M.
Lawson; David Burnhouse; Kim
Klein; John Applebury; Gayle Roberts,

           Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the
Eastern District of Missouri.

[UNPUBLISHED]

_____

Submitted: December 29, 2006
Filed: January 9, 2007

_____

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Ardell Fields-Bey, confined to the Potosi Correctional Center (PCC) in Missouri, appeals the district court's[1] orders dismissing some defendants based on Eleventh Amendment immunity and granting summary judgment to the remaining defendants in his 42 U.S.C. § 1983 action alleging deliberate indifference to his

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

medical needs.  After a de novo review, <u>see</u> <u>Thomas v. FAG Bearings Corp.</u>, 50 F.3d 502, 504 (8th Cir. 1995) (standard of review for dismissal based on Eleventh Amendment immunity); <u>Beck v. Skon</u>, 253 F.3d 330, 332-33 (8th Cir. 2001) (summary judgment), we conclude the dismissal and the grant of summary judgment were proper for the reasons explained by the district court.  Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____